No. 378, Misc. PAGAN *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 379, Misc. CLARK *v.* TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 381, Misc. PEPITONE *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 387, Misc. CONTI *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 388, Misc. DANIEL *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 244, Misc. BOYDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 338, Misc. GAMBALE *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Robert H. Quinn,* Attorney General of Massachusetts, *John Wall,* Assistant Attorney General, and *Lawrence P. Cohen,* Deputy Assistant Attorney General, for respondent.

No. 574, October Term, 1968. UNITED STATES *v.* ESTATE OF GRACE ET AL., 395 U. S. 316. Petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE STEWART took no part in the consideration or decision of this petition.